IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Davenport, Victor

Printed: 10/7/08

Case Number: 08 B 15715
Judge: Wedoff, Eugene R
Filed: 6/19/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Illinois Title Loans | Secured | 0.00 | 0.00 |
| 2. | Monterey Collection Service | Secured | 0.00 | 0.00 |
| 3. | Great Suburban Acceptance | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 3,607.88 | 0.00 |
| 5. | Monterey Collection Service | Unsecured | 49.02 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 354.00 | 0.00 |
| 7. | Consumer Portfolio Services | Unsecured | 41.75 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 352.00 | 0.00 |
| 10. | Aronson Furniture Company | Unsecured | 163.93 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 41.30 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 65.16 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 856.11 | 0.00 |
| 14. | AFNI | Unsecured |  | No Claim Filed |
| 15. | Allied Interstate | Unsecured |  | No Claim Filed |
| 16. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 17. | Illinois Dept Of Healthcare And Family | Unsecured |  | No Claim Filed |
| 18. | California Student Aid | Unsecured |  | No Claim Filed |
| 19. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 20. | California Student Aid | Unsecured |  | No Claim Filed |
| 21. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 23. | Professional Account Management | Unsecured |  | No Claim Filed |
| 24. | Verizon Wireless Midwest | Unsecured |  | No Claim Filed |
| 25. | Western International University | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Davenport, Victor | Case Number: 08 B 15715 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 10/7/08 | Filed: 6/19/08 |

|  |  |
|---|---|
| _____ | _____ |
| $ 5,556.15 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| _____ | |
| $ 0.00 | |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____